### No. 10-5895. Ronald G. Dandar, Petitioner v. Pennsylvania (two judgments).

562 U.S. 978, 131 S. Ct. 417, 178 L. Ed. 2d 318, 2010 U.S. LEXIS 8210.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari

to the Superior Court of Pennsylvania, Harrisburg Office, dismissed. See Rule 39.8.